## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:    MIGUEL A SANTINI COLON

Bkrtcy. No.    10-08590-BKT

Chapter 13

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
### AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: __Sep 16, 2010__ | Meeting Date __Oct 18, 2010__ | DC Track No. __23__ |
| Days from petition date __32__ | Meeting Time __2:00 PM__ | |
| 910 Days before Petition __3/20/2008__ | ☐ Chapter 13 Plan Date __Sep 16, 2010 Dkt.# 2__ | ☐ Amended: |
| This is debtor(s) __1st__ Bankruptcy petition. | Plan Base: __$28,800.00__ | |
| This is the __1st__ Scheduled Meeting | Confirmation Hearing Date: __Nov 18, 2010__ | Time: __2:30 PM__ |

| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: | $0.00 |
|---|---|---|---|---|---|

**I.    Appearances:** / ☐ Telephone ☐ Video Conference

| | | | ☑ Creditor(s) present:  ☐ None. |
|---|---|---|---|
| ☑ Debtor Present | ☑ ID & Soc. OK | ☐ Debtor Absent | LIC JIMENEZ — Santander |
| ☐ Joint Debtor Present | ☐ ID & Soc. OK | ☐ Joint Debtor Absent | Colon  PRPR |
| Debtor(s) was/were ☑ Examined ☐ Not Examined under oath. | | | |
| Attorney for Debtor(s) ☑ Present ☐ Not Present | | | |
| ☐ Substitute attorney: | | ☐ Pro-se. | |

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record:    **JOSE PRIETO CARBALLO***

Total Agreed: __$3,000.00__    Paid Pre-Petition: __$156.00__    Outstanding: __$2,844.00__
THROUGH THE PLAN

**III.    Trustee's will file Motion to Dismiss:**    ☐ For Failure to appear;    ☐ For Failure to commence payments.

**IV.    Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.    **Liquidation Value:** __$0__

Commitment Period is ☑ 36 ☐ 60 months.   [§1325(b)(1)(B)] Gen. Unsecured Pool: __NO POOL__

**2%**   **The Trustee** ☐ **RECOMMENDS** ☑ **OBJECTS** **Plan confirmation.**

§341 Meeting ☐ **CONTINUED** ☐ **NOT HELD** ☑ **CLOSED** ☐ **HELD OPEN FOR ___ DAYS**

§341 Meeting Rescheduled for: _____

**V.    Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Failure to comply with Tax returns requirements. [§1308]

☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Schedule I will be amended, Debtor is not married (common law marriage) must list inventory of equipment for former business, and information from sale of such equipment. First payment to trustee sent by mail.

/s/ José R. Carrión    Trustee    Presiding Officer    Page 1 of __1__    Date: Oct 18, 2010