# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-08590 BKT |
|---|---|
| **MIGUEL A SANTINI COLON** | Chapter 13 |
| Debtor(s) | |

## **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

    **NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule I form.

2. That the reason for the amendments is to correct debtors marital status.

    **WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

    **In San Juan, Puerto Rico this 16th day of November of 2010.**

    JPC LAW OFFICE

    Jose M Prieto Carballo, Esq
    P.O. Box 363565
    San Juan, P.R. 00936-3565
    Tel (787) 607-2066 & Tel (787) 607-2166
    jpc@jpclawpr.com

    By: /s/ Jose M Prieto Carballo, Esq.

B6I (Official Form 6I) (12/07)

IN RE SANTINI COLON, MIGUEL A                             Case No. 10-08590-13
         Debtor(s)                                                   (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S):<br>Daughter<br>Son<br>Son | AGE(S):<br>6<br>3<br>10 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | EMPLOYEE | UNEMPLOYED |
| Name of Employer | BARRANQUITAS POUTRY FARM CARR 770 KM 3.0 | . |
| How long employed | | |
| Address of Employer | BARRANQUITAS, PR 00794 | |

INCOME: (Estimate of average or projected monthly income at time case filed)  DEBTOR        SPOUSE
1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)  $ 866.00   $ _____
2. Estimated monthly overtime                                                         $ _____   $ _____
3. SUBTOTAL                                                                           $ 866.00   $ 0.00
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                               $ 61.00    $ _____
   b. Insurance                                                                       $ _____  $ _____
   c. Union dues                                                                      $ _____  $ _____
   d. Other (specify) _____                                                 $ _____  $ _____
                       _____                                                $ _____  $ _____
5. SUBTOTAL OF PAYROLL DEDUCTIONS                                                     $ 61.00    $ 0.00
6. TOTAL NET MONTHLY TAKE HOME PAY                                                    $ 805.00   $ 0.00
7. Regular income from operation of business or profession or farm (attach detailed statement)  $ _____  $ _____
8. Income from real property                                                          $ _____  $ _____
9. Interest and dividends                                                             $ _____  $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or
    that of dependents listed above                                                   $ _____  $ _____
11. Social Security or other government assistance
    (Specify) UNEMPLOYMENT BENEFITS                                                   $ _____  $ 576.00
              P.A.N                                                                   $ _____  $ 400.00
12. Pension or retirement income                                                      $ _____  $ _____
13. Other monthly income
    (Specify) _____                                                         $ _____  $ _____
              _____                                                         $ _____  $ _____
              _____                                                         $ _____  $ _____
14. SUBTOTAL OF LINES 7 THROUGH 13                                                    $ _____  $ 976.00
15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)                      $ 805.00   $ 976.00

16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15;
if there is only one debtor repeat total reported on line 15)                         $ 1,781.00

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
None

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE SANTINI COLON, MIGUEL A _____ Case No. 10-08590-13 _____
            Debtor(s)                                                                      (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____14____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: November 16, 2010        Signature: /s/ **MIGUEL A SANTINI COLON**
                                                                       MIGUEL A SANTINI COLON               Debtor

Date: _____ Signature: _____
                                                                                                                                       (Joint Debtor, if any)
                                                                                         [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

                                                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-08590-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Nov 16 10:36:02 AST 2010 | BANCO BILBAO VIZCAYA ARGENTARIA<br>ANGEL M VAZQUEZ BAUZA ESQ<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | BANCO POPULAR DE PUERTO RICO<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| BANCO SANTANDER DE PUERTO RICO<br>C/O MONTANEZ & ALICEA LAW OFFICE<br>500 MUNOZ RIVERA AVE.<br>COND. EL CENTRO I SUITE 211-214<br>HATO REY, PR 00918-3399 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO BILBAO VIZCAYA ARG<br>ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 |
| BANCO SANTANDER<br>P O BOX 362589<br>SAN JUAN, PR 00936-2589 | BBVA<br>P O BOX 3671397<br>SAN JUAN, PR 00936 | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 |
| BUFETE MONTANEZ & ALICEA<br>500 AVE MUNOZ RIVERA<br>OFICINA 211-214 COND CENTRO I<br>SAN JUAN, PR 00918-3300 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY PR 00918-1814 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MIGUEL A SANTINI COLON<br>121 PASEO TORRE ALTA<br>BARRANQUITAS, PR 00794-9443 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)BANCO POPULAR DE PUERTO RICO<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     1<br>Total                  16 |